

# THE ATTORNEY GENERAL

# OF TEXAS

AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

May 28, 1953

Hon. J. M. Fly
County Attorney
Victoria County
Victoria, Texas

Opinion No. S-46

Re: Authority of the Commis-
sioners' Court to spend
county funds to hard-
surface a piece of land
owned by the city of
Victoria adjacent to the
county courthouse to pro-
vide parking space for
city and county officials.

Dear Sir:

You have asked substantially the following
question:

Can the Commissioners' Court of
Victoria County spend county funds to hard-
surface a 1/2 block of land owned and con-
trolled by the city of Victoria adjacent
to the county courthouse to provide parking
space for city and county officials?

Section 51 of Article III of the Constitution
of Texas states in part:

"The Legislature shall have no power
to make any grant or authorize the making
of any grant of public moneys to any indi-
vidual, association of individuals, muni-
cipal or other corporations whatsoever. . ."

Section 52 of Article III of the Constitution
of Texas provides in part:

"The Legislature shall have no power
to authorize any county, city, town or other
political corporation or subdivision of the
State to lend its credit or to grant public

money or thing of value in aid of, or to any individual, association or corporation whatsoever. . ."

If county funds were spent to provide parking space for city and county officials on a city owned and controlled lot, it would be a grant of public money to a municipal corporation, which is prohibited by the above quoted Sections of the Constitution.

Therefore, we are of the opinion that Victoria County is prohibited from spending county funds on city owned and controlled property for a parking area.

We are enclosing a copy of Attorney General's Opinion V-282 (1947) in which it was held permissible for Dawson County to use certain areas on the courthouse yard (owned by the county) for parking purposes and that the county could pay for the cost of paving the same.

## SUMMARY

Victoria County's Commissioners Court cannot spend county money on city owned and controlled property to provide parking space for city and county officials. Tex.Const. Art. III, Secs. 51 and 52.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

C. K. Richards
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

SCR:am

JOHN BEN SHEPPERD
Attorney General

By Sam C. Ratliff
Sam C. Ratliff
Assistant